UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**GEORGIA RIVER NETWORK and AMERICAN RIVERS,**

**Plaintiffs,**

v.  4:10-cv-267

**U.S. ARMY CORPS OF ENGINEERS, et al.,**

**Defendants,**

and

**GRADY COUNTY BOARD OF COMMISSIONERS,**

**Intervenor.**

## ORDER

On April 25, 2011, the Court ordered Plaintiffs to file an explanation of proper venue for this action. *See* Doc. 36. In their brief, Plaintiffs candidly admit that venue is proper in both the Southern and Middle Districts of Georgia, *see* Doc. 41 at 3-4, but urge the Court to retain the case in Savannah, based primarily on the fact that the decision-making process from which they appeal took place here, *see id.* at 2.

None of the Defendants have objected to venue in the Southern District. *See* Docs. 44, 45 (Defendants' statements submitting the venue decision to the discretion of the Court).

Given the lack of objections from Defendants, and the thorough reasoning of Plaintiff's position, the Court will retain the case in Savannah.

This 26th day of May 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA